# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

ANTONIO ROBINSON,                    *
                                     *
        Plaintiff,                   *
                                     *
    v.                               *
                                     *          CV 117-051
HOME BRYSON et al.,                  *
                                     *
        Defendants.                  *
                                     *
                                     *

---

## O R D E R

---

On May 1, 2017, the Court denied Plaintiff's motion for appointment of counsel. (Doc. 4.) Plaintiff now asks the Court for permission to appeal that ruling. (Docs. 15 , 17.) After careful consideration, Plaintiff's motions are **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 30th day of June, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA