IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ANTONIO ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 117-051 |
| | ) |
| HOMER BRYSON, GDC Commissioner, | ) |
| and WARDEN WILKES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation for dismissal, to which no objections have been filed. Indeed, Plaintiff has confirmed he does not wish to proceed with his case at this time. (Doc. no. 25.)  Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, **DENIES AS MOOT** the motions for default and injunctive relief, (doc. nos. 10, 12), and **CLOSES** this civil action.

SO ORDERED this 28th day of July, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA